IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RODERICK D. DOUGLAS,

            Plaintiff,

v.

EDWARD F. WALL, JON/JANE DOE,
JIM SCHWOCHERT, JOHN DOE BAYNTON,
JOHN/JANE DOE B. DITTMAN, JEFF PUGH,
JANE DOE J. HANNULA, CHRISTINE McCALL,
JANE DOE SEMANKO, KIMBERLY
RICHARDSON, JOHN DOE STEINKE and
UNKNOWN JANE/JOHN DOE DEFENDANTS,

            Defendants.

ORDER

13-cv-301-wmc

---

Plaintiff Roderick Douglas, a prisoner at Stanley Correctional Institution in Stanley, Wisconsin, has submitted a proposed complaint. He requests leave to proceed *in forma pauperis*. A decision on the request will be delayed until plaintiff pays an initial partial payment of the $350 filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Plaintiff's initial partial payment cannot be calculated at this time because he has not submitted a certified copy of a six-month trust fund account statement with his complaint. Plaintiff has submitted several canteen statements, as well as bi-weekly and monthly trust found account statements, however, those statements do not contain enough information to calculate his initial partial payment.

Plaintiff's complaint was filed on April 21, 2013. His trust fund account statement should cover the six-month period beginning approximately October 21, 2012 and ending approximately April 21, 2013. Once plaintiff has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under 28 U.S.C. § 1915(e)(2). Plaintiff should show

a copy of this order to prison officials to insure that they are aware they should send a copy of plaintiff's six-month trust fund account statement to this court.

ORDER

IT IS ORDERED that plaintiff Roderick Douglas may have until May 28, 2013, in which to submit a certified copy of his trust fund account statement for the period beginning approximately October 21, 2012 and ending approximately April 21, 2013. If, by May 28, 2013, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily. In that event, the clerk of court is directed to close this case without prejudice to plaintiff's filing his case at a later date.

Entered this 6th day of May, 2013.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge