IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RODERICK D. DOUGLAS,

           Plaintiff,           ORDER

   v.           13-cv-301-wmc

EDWARD WALL, *et al.*,

           Defendants.

---

State inmate Roderick D. Douglas filed a proposed civil action pursuant to 42 U.S.C. § 1983, concerning the conditions of his confinement. On May 6, 2013, the court ordered him to either pay the filing fee or submit a certified copy of his inmate trust fund account for the previous six months on or before May 28, 2013, in compliance with the federal *in forma pauperis statute* and the Prison Litigation Reform Act. To date, Douglas has failed to comply as directed. Accordingly, under the inherent power necessarily vested in a court to manage its own docket, the complaint will be dismissed without prejudice for want of prosecution. *See* FED. R. CIV. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Ohio River Co. v. Carrillo*, 754 F.2d 236, 238 n.5 (7th Cir. 1984).

ORDER

IT IS ORDERED that:

1. The complaint filed by plaintiff Roderick D. Douglas is DISMISSED without prejudice for want of prosecution. The clerk's office shall terminate all pending motions and close this case.

2. Douglas may seek leave to re-open this case only if he pays the filing fee or submits a certified trust fund account statement within ten days. Otherwise, Douglas must re-file his complaint as a new case.

Entered this 7th day of June, 2013.

BY THE COURT:

WILLIAM M. CONLEY
District Judge