IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODERICK D. DOUGLAS,

    Plaintiff,

v.

EDWARD F. WALL, JIM SCHWOCHERT,
BAYNTON, B. DITTMAN, JEFF PUGH,
J. HANNULA, CHRISTINE MCCALL,
SEMANKO, KIMBERLY RICHARDSON and
STEINKE,

    Defendants.

JUDGMENT IN A CIVIL CASE

13-cv-301-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for want of prosecution.

| /s/ | 6/10/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |