IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RODERICK D. DOUGLAS,

          Plaintiff,                    ORDER

v.                                  13-cv-301-wmc

EDWARD WALL, *et al.*,

          Defendants.

---

State inmate Roderick D. Douglas filed a proposed civil action pursuant to 42 U.S.C. § 1983, concerning the conditions of his confinement. On June 27, 2013, the court ordered Douglas to make an initial partial payment of $1.60 toward the filing fee in compliance with the federal *in forma pauperis statute* and the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915(b)(1). To date, Douglas has failed to comply as directed. Accordingly, under the inherent power necessarily vested in a court to manage its own docket, the complaint will be dismissed without prejudice for want of prosecution. *See* FED. R. CIV. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Ohio River Co. v. Carrillo*, 754 F.2d 236, 238 n.5 (7th Cir. 1984).

ORDER

IT IS ORDERED that:

1. The complaint filed by plaintiff Roderick D. Douglas is DISMISSED without prejudice for want of prosecution. The clerk's office shall terminate all pending motions and close this case.

1

2. Douglas may seek leave to re-open this case only if he pays the initial partial filing fee within ten days of the date of this order. Otherwise, he must re-file his complaint for consideration in a new case if he wishes to proceed with his claims.

Entered this 23rd day of January, 2014.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge