IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODERICK D. DOUGLAS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

13-cv-301-wmc

EDWARD F. WALL, JIM SCHWOCHERT,
BAYNTON, B. DITTMAN, JEFF PUGH,
J. HANNULA, CHRISTINE MCCALL,
SEMANKO, KIMBERLY RICHARDSON and
STEINKE,

    Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for want of prosecution.

| /s/ | 1/23/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |